Andrew M. Weitz (SBN 129962)
Law Offices of Andrew M. Weitz
6345 Balboa Blvd, Bldg 1, Ste 214
Encino, CA 91316
Phone (818) 928-7008
Fax (818) 654-6822
andrew@andrewweitzlaw.com

Attorney for Plaintiff MARIA C. MEDINA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA C. MEDINA | ) Case No.: 2:16-CV-0532 |
| Plaintiff, | ) |
| vs. | ) **REPLY TO OPPOSITION TO** |
| WELLS FARGO BANK, | ) **MOTION FOR RELIEF FROM** |
| N.A. and DOES 1-50 | ) **ORDER OF DISMISSAL** |
| Defendants. | ) |

Interestingly, the defense cites as many cases and statutes that support moving party as it does in opposition.

For example, the defendant quotes moving party as to precisely what actions and non-actions plaintiff's attorney took that lead to the non-appearance.

- 1 -
REPLY TO OPPOSITION TO MOTION FOR RELIEF FROM ORDER OF DISMISSAL

Then, it establishes the legal standard in Federal Rules of Civil Procedure 60(b) of mistake, inadvertence and surprise. Though Defendant claims that plaintiff's lawyer's actions/non-actions don't arise to a mistake, the truth is that plaintiff's counsel's actions and non-actions are the classic definition of a mistake. Plaintiff has undisputedly shown that his lawyer made a mistake and thus, entitles him to relief of this order.

The rest of the opposition is mostly just diversions from that truth. Defendant, however, does make a good point regarding a meritorious claim. Plaintiff made a brief reference to the merits of her complaint and can elaborate.

The Unlawful Business Practices claim is one with a good probability of success. It alleges specific violative acts of defendant and discovery may lead to more. When plaintiff proves those acts, she will win on that claim.

The Breach of Covenant claim is probably a winner for Plaintiff too since there is no dispute as to the existence of the covenant and the only question is was and how was it breached.

The Homeowner Bill of Rights Cause of Action looks like a definite probability of plaintiff prevailing here. There's just a few pieces of evidence that we'll get through discovery we need to make this a very viable claim.

Please note, all other causes of action not mentioned in this brief are waived and will not be pled if given an opportunity to amend.

Courts are liberal in granting motions for relief because it involves a foundational right to the court system. The law as it is will not allow

one's foundational right to the courts to be usurped by some trivial mistake of his lawyer.

Accordingly, it is respectfully requested that in light of the clear mistake made by plaintiff's counsel, the court issue an order granting plaintiff relief from the 3/8/16 order of dismissal.

Dated: 4/26/2016

Andrew Weitz
Attorney for Plaintiff